Generated: Feb 27, 2026 1:45PM

Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Feb 27, 2026 1:45PM

MOCCA CONSTRUCTION LLC
3050 SW 38TH CT
MIAMI, FL 33146

Rcpt. No: 314529          Trans. Date: Feb 27, 2026 1:45PM          Cashier ID: #VT (1899)

| CD  | Purpose       | Case/Party/Defendant                                | Qty | Price   | Amt     |
|-----|---------------|-----------------------------------------------------|-----|---------|---------|
| 400 | CJA Repayment | DFLS125CR020438 /012<br>FBO: DANIEL GERARDO TORRES  | 1   | 2000.00 | 2000.00 |

| CD | Tender |       |            | Amt        |
|----|--------|-------|------------|------------|
| CH | Check  | #7732 | 02/26/2026 | $2,000.00  |

Total Due Prior to Payment: $2,000.00

Total Tendered: $2,000.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

Comments: 1:25-cr-20438-DPG-12/Daniel Gerardo Torres

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.