# COURT MINUTES

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**     Date: 03/25/2026   Time: 10:00 a.m.

Defendant: Daniel Gerardo Torres          J#: 96117-004   Case #: 25-CR-20438-GAYLES

AUSA: Sean Cronin                         Attorney: CJA-Samuel Rabin, Esq./Andrea Lopez for

Violation: Conspiracy to Distribute and PWID a Controlled Substance.

Proceeding: Arraignment on Superseding Indictment          CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: STIP-$250K, 6% with Nebbia          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language:  English

| Disposition: |
| --- |
| **BRADY Order Given** |
| |
| *Defendant Arraigned:* |
| *Reading of Indictment Waived* |
| *Not Guilty plea entered* |
| *Jury trial demanded* |
| *Standing Discovery Order requested* |
| |
| *Defendant's ore tenus request for entry of the Standing Discovery Order is granted* |
| |
| |
| |
| Time from today to _____ excluded from Speedy Trial Clock |

**NEXT COURT APPEARANCE**   **Date:**          **Time:**          **Judge:**

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:06:59          Time in Court: 2 mins