UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

DANIEL GERARDO TORRES,

Defendant.

_____/

## STIPULATED FACTUAL PROFFER

The United States of America, DANIEL GERARDO TORRES (TORRES or "Defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

In September 2025, in Miami-Dade County, in the Southern District of Florida, the Defendant did knowingly and willfully combine, conspire, confederate, and agree with others to distribute and possess with intent to distribute more than 200 grams but less 300 grams of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) and 846.

Using investigatory techniques, including federally authorized wiretaps from May 16, 2025 through September 16, 2025, physical surveillance, and search warrants, the Drug Enforcement Administration and other law enforcement agencies established that the Defendant conspired with co-defendants Reinaldo Fernandez, Ricardo Oramas Valdes, and Javier Garcia-Mora to distribute and possess with the intent to distribute cocaine.

On September 11, 2025, law enforcement conducted surveillance at a residence in Hialeah, Florida, occupied by Fernandez and Garcia-Mora (the "Hialeah Residence").

On the evening of September 11, 2025, law enforcement intercepted numerous phone

calls between Fernandez and Oramas Valdes regarding the purchase of cocaine. Oramas Valdes stated he wanted to purchase cocaine and said he was coming to the Hialeah Residence with a friend. TORRES and Oramas Valdez spoke on the phone numerous times on the evening of September 11, 2025.

At approximately 9:07 p.m., law enforcement observed TORRES and Oramas Valdes arrive at the Hialeah Residence in a vehicle driven by TORRES. TORRES exited the driver side of the vehicle and walked to the rear passenger side of the vehicle. Fernandez and Garcia Mora placed a bucket containing cocaine in the rear passenger side of the vehicle. TORRES and Oramas Valdes then left the Hialeah Residence.

Law enforcement subsequently lawfully stopped TORRES's vehicle and seized the bucket containing cocaine from the rear passenger side of the vehicle. The cocaine was confirmed by the Drug Enforcement Administration to be a mixture and substance containing over 200 grams of cocaine.

Law enforcement seized from TORRES' person approximately $3,349 in U.S. currency. TORRES intended to use this currency to purchase 200 to 300 grams of cocaine, which is a distribution quantity of cocaine.

On April 14, 2011, TORRES was convicted of conspiracy to posses with intent to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and 846 in Southern District of Florida Case No. 10-CR-20117.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a reasonable doubt the Defendant's guilt as to the crimes of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 4/9/26          By: _____
                          DAYA NATHAN
                          ASSISTANT UNITED STATES ATTORNEY

Date: 4/8/26          By: _____
                          SAMUEL JOSEPH RABIN, JR
                          ATTORNEY FOR DEFENDANT

Date: 4-8-2026        By: _____
                          DANIEL GERARDO TORRES
                          DEFENDANT