# EXHIBIT A

The Honorable Darrin P. Gayles
United States District Court
Southern District of Florida

Re: United States v. Daniel Gerardo Torres
Case No. 25-CR-20438-GAYLES

Dear Judge Gayles:

Hardworking, generous, loving, family man. These are the words that describe my brother, Daniel Torres. I am his older sister.

Daniel is dedicated and dependable and has gone up through the ranks at one of the leading construction companies in South Florida, He is now a superintendent overseeing work in both residential and business projects. He has an entrepreneurial spirit and works on his own construction projects as well. He works hard to provide for his family and make sure they have everything they need.

Daniel has a family he adores. He is a proud father of two sons and loves children. He lives with his loving partner Nicole and his youngest son Brandon and stepson Ruben. Both boys look up to him and respect him. He has an adult son, Daniel Jr., who just graduated from FIU and still needs his guidance. He raised two stepdaughters that stay connected with him and call him Dad. He loves to cook and gather with friends and family.

Throughout our lives, my brother and I have always been there for each other. We have a close relationship and participate in each other's lives. Together we take care of our elderly parents who are 84 & 89 years old. Two years ago, my family and I moved to Tennessee. My brother encouraged me to go to be with my new granddaughter and stepped in to care for our parents. They both have serious health issues and solely depend on Daniel for their needs and support. Losing his support will be devastating.

My brother's family recently suffered the loss of his mother-in-law. She was a loving mother and grandmother who helped with the children's care.

I write these words to paint a picture of Daniel's life and the kind of man he is. He has many people who depend on him emotionally and financially.

I respectfully ask the court to consider his family when deciding his sentence. Please consider home confinement so that he can continue to work and serve his family and community.

Sincerely,

*s/Jacqueline Alvarez*

Jacqueline Alvarez

June 17, 2026

**Dear Judge/ Jury or whom it may Concern:**

I'd like tp take this time to express my gratitude for the opportunity to share with you who Daniel Torres or "Papi Danny" is to me.

At just 6 months old my mother and biological father split up and my mom was left with just my older sister and I alone to fend for. I can't say I remember but growing up stories were always told about what a difficult time it was for my mom. Subsequently that's when my memory jumps to life with my mom and papi Danny.

Papi Danny isn't my biological father but unquestionably takes the father figure in my life. He stepped up when my dad couldn't or didn't. He is the man I remember holding hands with during our various Disney trips growing up. The one who would tickle my feet in bed on Sunday mornings when we would watch movies together in bed as a family. The man that cared for my sister and I, protected us and loved us unconditionally like we were his own even though we weren't. He is a loyal man and friend. A true family man.

Even after his marriage to my mother ended, our relationship never did. He continued to check on me, support me, and take an active interest in my life. He made sure I always knew I had a father figure who loved me and wanted the best for me.

Growing up I've always loved and respected him dearly. He was a man that so many people loved and always had so many friends around him. Anywhere or anytime we went around town, someone always knew him and never hesitated to willingly accommodate us. I remember always being told in passing how great of a man I had as a dad. It always made me so proud of him and genuinely fed my admiration for him.

My family including my paternal cousins and everyone around him/ us knew they could undoubtedly count on him. To this day, my cousins from my dad's side continue to ask about him because of how much of an impact he made on them growing up.

I hope with these words I am able to remotely share with you what a great and honorable man Danny is and that you will find it in you show him grace and consideration in light of the man he has been to me and so many others throughout his life.

The example he set had a lasting impact on my life. Because of the love, stability, and leadership he provided, I was able to recognize those same qualities when choosing my husband. Today, I am happily married and the mother of an eight-month-old son. It means so much to me that my son has the opportunity to know the man who helped shape me into the person I am today.

I respectfully ask that you take into consideration the character of the man I have known for nearly my entire life. Daniel has been a positive influence not only on me, but on countless others. I will always be grateful for the love, guidance, and support he has given my family.

Thank you for your time and consideration.

Sincerely,

Michelle Mondino

To the Honorable Judge,

My name is Tiffany Padilla, and I am writing this letter in support of my beloved stepfather, Daniel Torres.

While he is technically my ex- stepfather, I have always known Daniel as "Papi Danny." He came into my life when I was only two years old, and from that day forward, he stepped into the role of a father. My mother and Papi Danny divorced when I was thirteen years old, but even now, nearly twenty years later, I still call him Papi. He has remained one of the most important and consistent people in my life.

I was not always an easy child to raise. I was independent, rebellious, and often tested boundaries but no matter what challenges I created, Papi Danny never turned his back on me. Through every stage of my life, Papi Danny never gave up on me. He provided a roof over my head, food on the table, guidance when I needed it, and the reassurance that no matter what happened, I could always count on him. He showed me what it meant to be dependable, responsible, and present.

As an adult, that has never changed.

When I purchased my first real estate investment property, there was no one I trusted more to call for help. He immediately stepped in and shared his knowledge, experience, and time without hesitation. He has always been someone I could turn to not only as a father figure, but also as a trusted professional whose advice and work ethic I deeply respect.

Throughout the years, he has dedicated himself to the construction industry, steadily building a successful business and a reputation for reliability, hard work, and integrity. He leads employees who depend on him for their livelihood and has earned the respect of those who know him personally and professionally. Papi Danny is the kind of man who takes pride in his work, his family, and the responsibilities he carries.

What stands out most to me, however, is his devotion to family.

He is a loving husband, a devoted father, a proud grandfather to my 7 month old nephew, a caring son to his elderly parents, and a supportive brother to his older sister and her family. He has always been the person family members call when they need help because they know he will show up. I have witnessed firsthand the love he has for his children and the sacrifices he makes to provide for them. He carries a deep sense of responsibility toward the people he loves and works tirelessly to ensure they are cared for.

When I think of Papi Danny, I think of loyalty. I think of generosity. I think of someone who has spent decades showing up for others, often without expecting anything in return. The fact that I still look to him as a father nearly twenty years after he and my mother divorced

speaks to the kind of bond he built and the kind of man he is. Blood alone does not make someone a father. Love, commitment, sacrifice, and consistency do. Papi Danny has demonstrated those qualities throughout my entire life.

I respectfully ask the Court to consider not only the circumstances before it, but also the character of the man I have known for the past thirty years. He has positively impacted my life and the lives of countless others through his guidance, generosity, and unwavering commitment to his family. He is deeply loved, deeply respected, and relied upon by many people.

Thank you for your time and consideration.


Respectfully,

*Tiffany Padilla*

To the Honorable Darrin. P. Gayles

United States District Court

Southern District of Florida


RE:     United States v. Daniel Gerardo Torres

Case No.: 25-CR-20438

Dear Judge Gayles,

I am Daniel G. Torres Jr., son of Daniel G. Torres, referenced in the above-captioned matter.

For as long as I can remember, my father has been a part of my life every step of the way. From early Judo tournaments to honor roll assemblies, and even the occasional run to the movies, "Papi," as I call him, is the reason I am the man I am today. My purpose has always been to make him proud. My goal has always been to be to others what my father has been to me and to the people around him.

He is the type of person who always answers the call when someone needs help. He loves unconditionally and never asks for anything in return. Above all else, he puts his family first. He is the kind of person who would go hungry so that others could eat. Every night, he would put me to bed and stay until I fell asleep because I was afraid of the dark. Every morning, he made sure I was ready for school. On every first day of school, he was there to document the moment. He was never absent from my life. He always made sure I had a father in my corner to guide me through the crazy experience we call life.

I remember as a child how we bonded over superheroes. Whether it was video games, movies, or comic books, we would always go down the rabbit hole discussing our favorite characters and stories. He always took the time and made the effort to ensure that my siblings and I were cared for. Whatever interest I had, he immersed himself in it as well. To this day, we still quote movie lines to each other and call one another whenever a new project comes out. The first thing we ask is always, "Did you watch it?" He has always encouraged me to follow my heart and pursue my dreams. He taught me that no one could tell me who I should be and that whatever path I chose, he would be the first person standing behind me, supporting me.

Those moments may seem small, but they are the foundation of the relationship we share today.

As I grew older, my relationship with my father only strengthened, to the point where he became my best friend. I know every father and son may say that, but there is truly no relationship like the one we share. Every major obstacle in my life, he has been there to help me cross the finish line, and I have done my best to do the same for him. To me, my father represents what every man should strive to be for his family: a provider, a protector, a

listener, a mentor, and above all else, a good father. He is one of the most loyal, generous, and loving people a family member or friend could ever ask for.

What makes him special extends far beyond his role as a father. I have heard from many of his friends that he is truly one of a kind for the very reasons I have described. He is a caring son to my grandparents, a loyal brother to my aunt, and a wonderful husband to my stepmother, Nicole. Today, he is recreating the same loving and supportive childhood for my little brothers that he created for me. Just as he did with me, he attends their sporting events, takes an interest in their passions, and guides them to become the men he knows they can be.

My father used to tell me, "I love you, infinity times infinity." As a child, I simply thought it meant that he loved me a lot. As an adult, I now understand what he truly meant. It means that no matter what happens, he will always be there for me and for anyone who needs him. It means that he will always put others before himself. Most importantly, it means that even when his time on this Earth is over, his love for his family will remain.

The man before the Court is the same man who has devoted his life to his family, his friends, and the people who depend on him. He has made a profound impact on my life and on the lives of so many others around him. My stepmother relies on him. My little brothers rely on him. I rely on him.

I respectfully ask that the Court consider not only the circumstances of this matter, but also the character of the person standing before it. I ask that the Court see Daniel Gerardo Torres Sr. for who he truly is: a devoted father, a loyal friend, and a genuinely good man.

Respectfully,

Daniel G. Torres Jr.

June 9, 2026

The Honorable Darrin P. Gayles
United States District Court
Southern District of Florida

Re: United States v. Daniel Gerardo Torres
Case No. 25-CR-20438-GAYLES

Dear Judge Gayles:

My name is Nicole Pedrera, and I am the wife of Daniel Gerardo Torres. I am writing with the utmost respect to ask the Court to consider the impact that a sentence of incarceration would have on our family and to respectfully request consideration of any alternative sentencing options that would allow Daniel to remain employed, continue supporting our family, and continue caring for those who depend on him.

Daniel and I have a 10-year-old son together, and he has also helped raise my 12-year-old son as his own. He has been a devoted, loving, and active father throughout their lives. He is involved in every aspect of our children's daily routines, including school drop-offs and pick-ups, doctor appointments, sports practices and games, school functions, and important family celebrations. He is the parent who is always present, whether it is helping with school responsibilities, attending sporting events, or providing guidance and encouragement.

Our boys rely on him not only financially, but emotionally. They see him as their protector, provider, and role model. His absence would leave a tremendous void in their lives and would be especially difficult during these important years of their childhood.

Daniel is also the primary financial provider for our household and pays the majority of our family's expenses. Without his income and support, I do not know how I will be able to maintain our financial obligations and provide the same stability for our children. His incarceration would create a severe financial hardship for our family and place our household in a very difficult position.

In addition to these concerns, our family has recently experienced significant personal hardship. My mother passed away after a long and difficult battle with metastatic cancer. Losing her has been devastating for me and our family. My father is currently battling leukemia, and because of his own health challenges, he is unable to provide the support that many families would otherwise have during a crisis.

Daniel's parents are also elderly and in poor health. They currently reside in an assisted living facility and depend heavily on him. Whenever they experience a medical emergency or require hospitalization, Daniel is the family member who takes them to the hospital, attends medical appointments, advocates for their care, and remains by their side

throughout their treatment. His absence would create an additional hardship for them at a time when they are especially vulnerable.

While I understand the seriousness of these proceedings and respect the Court's responsibility in determining an appropriate sentence, I ask that the Court also consider the substantial responsibilities Daniel carries every day. He is a dedicated father, husband, son, and caregiver. Family has always been his highest priority, and he has consistently demonstrated that through his actions and commitment to those who depend on him.

For these reasons, I respectfully ask the Court to consider whether an alternative sentence, such as home confinement, house arrest, community supervision, or another option that would allow Daniel to continue working and supporting his family, may be appropriate. Such a sentence would allow him to remain accountable while also preventing the devastating impact that his absence would have on our children, our family, and his elderly parents.

The hardship our family is already enduring cannot be overstated. We are still grieving the loss of my mother, while at the same time facing my father's ongoing battle with leukemia and the declining health of Daniel's elderly parents. Our children have already experienced significant emotional stress and uncertainty, and they depend on Daniel every day for stability, guidance, and reassurance. The prospect of losing his daily presence is heartbreaking for them. They are frightened, confused, and struggling with the possibility that the person they rely on most may no longer be there to support them through their daily lives.

For me, the emotional and financial burden has been overwhelming. Daniel is the foundation of our household, and the thought of navigating these challenges without him has caused tremendous anxiety and fear. His incarceration would not only punish him, but would also have a profound and lasting impact on our sons, who are innocent and deeply dependent on their father. I respectfully ask the Court to consider the suffering our family is already experiencing and the severe additional hardship that a custodial sentence would impose on all of us.

Thank you for your time, consideration, and compassion. I am deeply grateful for the opportunity to share our family's circumstances and respectfully ask that they be taken into consideration when determining Daniel's sentence.

Respectfully submitted,

*s/Nicole Pedrera*

Nicole Pedrera
Wife of Daniel Gerardo Torres



Alex Pirez

Owner

**MOCCA CONSTRUCTION LLC**

3050 SW 38 Ct.

Miami, Fl 33146

305-964-8440

alex@moccagrou℗.com

June 20, 2026

The Honorable  Darrin P. Gayles
United States Federal Judge

Dear Judge Gayles,

I am writing with respect to Daniel Torres and offer this letter in support of his character. I am the Owner of MOCCA CONSTRUCTION LLC, and I have had the privilege of working with Mr. Torres for the past twelve years.

During his time with our company, Mr. Torres has consistently shown himself to be a respectful, dependable, and hardworking individual. He is always punctual, takes his responsibilities seriously, and approaches his work with professionalism and care. Over the years, he has earned the trust of both management and his coworkers through his honesty, strong work ethic, and consistent reliability.

Mr. Torres is also a strong leader. He leads by example, works well with others, and helps create a productive and respectful work environment. He has been an important part of our company, not only because of his skills and experience, but because of the integrity and personal responsibility he brings to his work every day.

Based on my experience working with him over many years, I can say without hesitation that Daniel Torres is a trustworthy and responsible person of good character. I respectfully submit this letter for your consideration.

Sincerely,

Alex Pirez

Owner

MOCCA CONSTRUCTION LLC

3050 SW 38th Court – Miami – FL 33146

GROVE OUTREACH

June 10, 2026

The Honorable Darrin P. Gayles
United States District Court

Dear Judge Gayles:

I am writing this letter on behalf of Mr. Daniel Torres. I have come to know Daniel through his volunteer involvement and service with the Grove Outreach Center at St. Hugh Catholic Parish in Coconut Grove.

Throughout the time I have known him, Daniel has consistently demonstrated compassion, humility, and a sincere desire to help others. He has willingly devoted his time to assisting members of the community who are experiencing hardship and has always approached those efforts with kindness, respect, and genuine concern for others.

What has impressed me most about Daniel is that his service has never been motivated by recognition or personal gain. Rather, he has shown a sincere commitment to helping those in need and giving back to his community. His actions reflect strong values of faith, responsibility, and service to others.

In addition to his community involvement, Daniel is a devoted husband, father, son, and hardworking professional. He has maintained steady employment for many years, has supported his family, and has remained committed to being a productive member of society. The Daniel I know is someone who accepts responsibility for his actions and has worked diligently to demonstrate positive character through both his personal and community life.

I understand the seriousness of the matter before the Court, and I do not seek to minimize it. However, I respectfully ask the Court to consider the whole person when evaluating Daniel. Based on my observations, he is a caring, hardworking, and compassionate individual who has made meaningful contributions to his community and who possesses the character and potential to continue making positive contributions in the future.

Thank you for your time and consideration of this letter.

Respectfully submitted,

Glenn Rivera, Director
St. Hugh Catholic Parish – Grove Outreach

3749 Grand Ave, Miami, FL 33133 / 305-458-1086