UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 25-20438-CR-GAYLES
(Bond Receipt № 309148)

UNITED STATES OF AMERICA,

*Plaintiff*,

vs.

DANIEL GERARDO TORRES,

*Defendant*.

_______________________________/

**AGREED ORDER DISCHARGING PERSONAL SURETY BOND AND DISBURSING CASH DEPOSIT**

THIS CAUSE came before the Court upon the Defendant DANIEL GERARDO TORRES'S Unopposed Motion to Discharge Personal Surety Bond and Disburse Cash Deposit, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Defendant's motion is hereby GRANTED. Accordingly, the 6 percent (6%) cash deposit, deposited with the Registry of the United States District Court for the Southern District of Florida under receipt № 309148, in the amount of fifteen thousand ($15,000.00) dollars together with any applicable interest, shall be disbursed and paid to Alex Pirez, and the personal surety bond in the amount of two hundred fifty thousand ($250,000.00) dollars, co-signed by Nicole Pedrera, is hereby discharged.

DONE and ORDERED in the Southern District of Florida on this _____ day of September 2026.

_______________________________
DARRIN P. GAYLES
United States District Judge

cc: Counsel of Record