UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 25-20438-CR-GAYLES

UNITED STATES OF AMERICA,

*Plaintiff*,

vs.

DANIEL GERARDO TORRES,

*Defendant*.

______________________________/

## NOTICE OF FILING EXHIBIT TO DANIEL GERARDO TORRES'S MOTION TO DISCHARGE PERSONAL SURETY BOND AND DISBURSE CASH DEPOSIT

Defendant, **DANIEL GERARDO TORRES,** by and through undersigned counsel, hereby files the attached Exhibit to Defendant's Motion to Discharge Personal Surety Bond and Disburse Cash Deposit, which was filed on September 24, 2026 [ECF No. 346].

Respectfully submitted,

**RABIN & LOPEZ, P.A.**
One Southeast Third Avenue
Suite 2600
Miami, FL 33131
Tel: 305•358•1064
Fax: 305•372•1644
Email: sjr@miamilawyer.com

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.
Florida Bar № 273831

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September 2026, a true and correct copy of the foregoing Notice of Filing Exhibit was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.



Rabin & Lopez, P.A. • One Southeast Third Avenue, Suite 2600, Miami, FL 33131 • Tel: (305) 358-1064