THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK

City National Bank

523776
63-436/660

REMITTER: ALEX PIREZ

DATE 10/16/2025
**** VOID AFTER 90 DAYS ****

PAY TO THE ORDER OF US DISTRICT COURT

$ 15,000.00

**** Fifteen Thousand and 00/100****

MEMO:

CASHIER'S CHECK

$>>>>>15,000.00
DOLLAR ONE FIVE COMMA ZERO ZERO ZERO PERIOD ZERO ZERO

IMAGE FADES WITH HEAT
RUB PADLOCK

⑈523776⑈ ⑆066004367⑆ 150000050⑈

Generated: Oct 16, 2025 4:34PM

Page 1/1

# U.S. District Court

## Florida Southern - Miami

Receipt Date: Oct 16, 2025 4:34PM

ALEX PIREZ

Rcpt. No: 309148    Trans. Date: Oct 16, 2025 4:34PM    Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DFLS125CR020438 /012<br>**FBO**: Daniel Gerardo Torres | 1 | 15000.00 | 15000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #523776 | 10/16/2025 | $15,000.00 |
| | | | Total Due Prior to Payment: | $15,000.00 |
| | | | Total Tendered: | $15,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 1:25-cr-20438-DPG-12/Daniel Gerardo Torres REMITTER: ALEX PIREZ

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.