UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 25-20438-CR-GAYLES
(Bond Receipt № 309148)

UNITED STATES OF AMERICA,

*Plaintiff*,

vs.

DANIEL GERARDO TORRES,

*Defendant.*

_________________________________/

**AGREED ORDER DISCHARGING PERSONAL SURETY BOND AND DISBURSING CASH DEPOSIT**

**THIS CAUSE** came before the Court upon the Defendant DANIEL GERARDO TORRES'S Unopposed Motion to Discharge Personal Surety Bond and Disburse Cash Deposit [ECF No. 346], and the Court having reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Defendant's motion is hereby **GRANTED**. Accordingly, the 6 percent (6%) cash deposit, deposited with the Registry of the United States District Court for the Southern District of Florida under receipt № 309148, in the amount of fifteen thousand ($15,000.00) dollars together with any applicable interest, shall be disbursed and paid to Alex Pirez, and the personal surety bond in the amount of two hundred fifty thousand ($250,000.00) dollars, co-signed by Nicole Pedrera, is hereby discharged.

**DONE and ORDERED** in the Southern District of Florida on this 25th day of September 2026.

_________________________________
**DARRIN P. GAYLES**
**United States District Judge**

cc: Counsel of Record